## Commonwealth *v.* Cooper, Appellant.

Argued October 8, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Lee C. McCandless,* for appellant.

*Randolph C. Ryder,* Deputy Attorney General, with him *Robert B. Greer, Jr.,* for appellee.

OPINION BY MR. JUSTICE JONES, November 9, 1953:

As in the case of *Commonwealth v. Strobel,* p. 292 supra, decided this day, the present appellant, Howard J. Cooper, appeals from the order of the Court of Common Pleas of Butler County dismissing his appeal to that court from the order of the Secretary of Revenue suspending his operator's license. The court below heard Cooper's appeal the same day as it heard the appeal in the *Strobel* case and, at the conclusion of the testimony, summarily dismissed the appeal without making any findings of fact whatsoever whereon to base an appropriate conclusion of law. What we have said in *Commonwealth v. Strobel,* supra, with respect to the court's duty to make independent findings of fact on the basis of the testimony adduced at the hearing before it is equally applicable here.

Order reversed and case remanded for further proceedings in accordance with this opinion.